PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 JUL 24 A 10: 07

DEPUTY CLERK ___AA___

| DOCKET NUMBER *(Tran. Court)* |
| --- |
| 6:09CR191(11) |
| DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| James Johnson<br>(True Name: James Munn Johnson) | Western District of Texas | Waco |
| | NAME OF SENTENCING JUDGE | |
| | Walter S. Smith, Jr. | |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- |
| | June 26, 2014 | June 25, 2019 |

| OFFENSE |
| --- |
| Conspiracy to Possess With Intent to Distribute at Least 500 Grams of Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A)(viii); and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h). |

**3-17CR-383-B**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Texas___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Texas-Dallas Division___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___6/7/17___
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Texas___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___7-21-17___
*Effective Date*

*United States District Judge*